IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Marjan, Diane J | Case Number: 05 B 29000 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 7/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 29, 2008
Confirmed: September 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,241.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 13,862.16 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 872.65 |
| Other Funds: | | 6.19 |
| Totals: | 16,241.00 | 16,241.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | William J Moroney | Administrative | 1,500.00 | 1,500.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Target National Bank | Unsecured | 503.93 | 503.93 |
| 4. | ECast Settlement Corp | Unsecured | 2,874.52 | 2,874.52 |
| 5. | Resurgent Capital Services | Unsecured | 1,140.76 | 1,140.76 |
| 6. | Capital One | Unsecured | 2,678.43 | 2,678.43 |
| 7. | ECast Settlement Corp | Unsecured | 461.26 | 461.26 |
| 8. | ECast Settlement Corp | Unsecured | 1,749.62 | 1,749.62 |
| 9. | Capital One | Unsecured | 199.37 | 199.37 |
| 10. | Hinsdale Bank & Trust | Unsecured | 4,254.27 | 4,254.27 |
| 11. | Home Depot | Unsecured | | No Claim Filed |
| 12. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 14. | Neurology Associates LTD | Unsecured | | No Claim Filed |
| 15. | Sams Club | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,362.16 | $ 15,362.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 277.95 |
| 5% | 61.06 |
| 4.8% | 142.97 |
| 5.4% | 309.80 |
| 6.5% | 80.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Marjan, Diane J

Printed: 9/23/08

Case Number: 05 B 29000
Judge: Goldgar, A. Benjamin
Filed: 7/22/05

_____
$ 872.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

